WILLIAM J. SCHROEDER, WSBA NO. 7942
GREGORY C. HESLER, WSBA NO. 34217        The Honorable Lonny R. Suko
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007
william.schroeder@painehamblen.com
greg.hesler@painehamblen.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| LARRY OLSMSTEAD, | ) |
| | ) No. CV 08-215-LRS |
| Plaintiff, | ) |
| | ) **ORDER OF DISMISSAL WITH** |
| vs. | ) **PREJUDICE** |
| | ) |
| UNION PACIFIC RAILROAD | ) |
| COMPANY, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER came before the Court on the Parties' Stipulated Motion for Dismissal with Prejudice, Ct. Rec. 31. After reviewing the files and the records herein, and the Court being fully advised in the premises, it is hereby:

ORDERED, ADJUDGED AND DECREED that the above-entitled action is hereby dismissed with prejudice and without costs to any party.   The District Court Executive is directed to close the file.

DATED this ___4th___ day of _____June_____, 2009.

*s/Lonny R. Suko*

The Honorable Lonny R. Suko
United States District Court Judge

PRESENTED BY:

PAINE HAMBLEN LLP

By:/s/GREGORY C. HESLER
William J. Schroeder, WSBA #7942
Gregory C. Hesler, WSBA #34217
Attorneys for Defendant
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007
william.schroeder@painehamblen.com
greg.hesler@painhamblen.com

APPROVED FOR ENTRY, NOTICE OF PRESENTMENT WAIVED:

JON M. MOYERS

By:   /s/ JON M. MOYERS (5/20/09)
Jon M. Moyers, WSBA No. 35203
550 North 31st Street, Suite 250
Billings Montana 59101
Telephone: (406) 655-4900
Facsimile: (406) 655-4905
jon@jmoyerslaw.com

:dm